AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JEFFREY ALAIN WEIDNER | ) Case No. 1:25-cr-125-02 | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

REC'D USMS-D/ND
2025 JUN 6 8:54

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jeffrey Alain WEIDNER,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances
Possession with Intent to Distribute Controlled Substances
Aiding and Abetting

Date: 06/04/2025

/s/ Melissa Fischer
*Issuing officer's signature*

City and state:  Bismarck, ND

Melissa Fischer, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 6/6/2025, and the person was arrested on *(date)* 6/9/2025
at *(city and state)* Bismarck, ND.

Date: 6/10/2025

*Arresting officer's signature*

DUSM Alec Johnston on behalf of DEA
*Printed name and title*